# In the United States Court of Federal Claims

No. 21-975T
(Filed: April 15, 2021)

```
*****************************************
JOYCE M. BREAUX                         *
                                        *
                        Plaintiff,      *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                        Defendant.      *
*****************************************
```

## ORDER

    On February 16, 2021, Joyce Breaux, proceeding *pro se*, filed a complaint seeking to recover a tax refund. ECF No. 1. The Court ordered Ms. Breaux to either pay the $402.00 in required filing fees or submit a signed application to proceed *in forma pauperis* by March 26, 2021 and warned that, if she failed to do so, her case would be dismissed. ECF No. 6. At the date of this filing, Ms. Breaux has neither paid the required filing fees nor applied to proceed *in forma pauperis*.

    Accordingly, this case is **DIMSSSED WITHOUT PREDJUDICE** for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims. The Clerk is **DIRECTED** to enter judgement accordingly.

    **IT IS SO ORDERED.**

                                                 s/ Thompson M. Dietz
                                                 THOMPSON M. DIETZ
                                                 Judge